1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **DONALD FRIED**

7
8              THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00275 JAM
11 | Plaintiff, | WAIVER OF PERSONAL APPEARANCE ORDER
12 | vs. |
13 | DONALD FRIED, |
14 | Defendant. |

15

16    I, Donald William Fried, hereby waive the right to be present in person in open court

17 upon the hearing of any motion or other proceeding in this cause, including, but not limited to,

18 when the case is ordered set for trial, when a continuance is ordered, and when any other action

19 is taken by the court before or after hearing, except upon arraignment, plea, inpanelment of jury,

20 trial, and imposition of sentence. I request that the court proceed during every absence the court

21 may permit pursuant to this waiver. I agree that my interests will be deemed represented at all

22 times by the presence of my attorney, the same as if I were personally present, and I further agree

23 to be present in court ready for hearing any day and hour the court may fix in my absence.

24    / /

25    / /

-1-

PDF created with pdfFactory trial version www.pdffactory.com

I have been informed of my rights under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, and I authorize my attorney to set times and delays under the Act without me being present.

DATED: January 11, 2012

/s/ Donald Fried (Original retained by attorney)
_____
DONALD FRIED
Defendant

I concur in Mr. Fried's decision to waive his appearance at preliminary proceedings.

Respectfully submitted,

DATED: January 11, 2012

/s/ Dan Koukol
_____
DAN KOUKOL
Attorney for Defendant,
DONALD FRIED

## **ORDER**

**IT IS SO ORDERED**.

DATED: 2/29/2012

/s/ John A. Mendez_____
Hon. John Mendez
Judge, U.S. District Court
Eastern District, California

-2-

PDF created with pdfFactory trial version www.pdffactory.com