JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID JOPSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) No. CR-S-11-275 JAM
                                    )
        Plaintiff,                  )
                                    ) ORDER TO
                                    )  CONTINUE STATUS CONFERNCE
v.                                  )
                                    )
YAN EBYAM, et al.,                  )
                                    )
        Defendants.                 )
                                    )
                                    )
                                    )

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be

1

served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

     The Court orders that the time from the date of the parties' stipulation, March 8, 2012, to and including April 24, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare). It is further ordered that the March 13, 2012, status conference shall be continued until April 24, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   March 9, 2012

/s/ John A. Mendez

_____

John A. Mendez
United States District Court Judge