1    JOHN R. MANNING
     Attorney at Law
2    Ca. St. Bar No. 220874
     1111 H Street, Suite 204
3    Sacramento, CA  95814
     Telephone:  (916) 444-3994
4    jmanninglaw@yahoo.com

5    Attorneys for Defendant
     DAVID E. JOPSON
6

7
                IN THE UNITED STATES MAGISTRATE COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10
     UNITED STATES GOVERNMENT,      )      2:11 CR 275 JAM
11                                  )
               Plaintiff,           )
12                                  )      STIPULATION AND
        v.                          )      ORDER MODIFYING CONDITIONS OF
13                                  )      RELEASE
     DAVID E. JOPSON,               )
14                                  )
               Defendant.           )
15   _____)

16
          David E. Jopson, by and through his attorney, John R.
17
     Manning, Esq., and the United States of America, by and through
18
     its counsel, Assistant United States Attorney Samuel Wong, and
19
     Pretrial Services Officer Beth Baker, hereby jointly agree and
20
     stipulate to amend defendant's conditions of release as follows:
21
          Condition # 10 - "you (defendant, David E. Jopson) shall
22
     submit to drug or alcohol testing as approved by the pretrial
23
     services officer" is hereby stricken.  All other conditions
24
     remain in effect as previously ordered.
25
          Accordingly, all parties and Mr. David E. Jopson agree with
26
     the above modifications.
27

28

                                    1

Respectfully submitted,

Dated: April 23, 2013                    /s/ John R. Manning
                                         John R. Manning
                                         Attorney for Defendant
                                         David E. Jopson

Dated: May 9, 2013                       Benjamin B. Wagner
                                         United States Attorney

                                    by:  /s/ Samuel Wong
                                         Samuel Wong
                                         Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  May 9, 2013

                                         _____
                                         CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE