| | |
|---|---|
| 1 | WILLIAM J. PORTANOVA, State Bar No. 106193 |
| 2 | Attorney at Law<br>400 Capitol Mall, Suite 1100 |
| 3 | Sacramento, CA 95814<br>Telephone: (916) 444-7900 |
| 4 | Fax: (916) 444-7998 |
| 5 | Portanova@TheLawOffices.com |
| 6 | Attorney for Defendant<br>THOMAS W. JOPSON |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00275-JAM-2 |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE** |
| v. | |
| THOMAS WESLEY JOPSON, | |
| Defendant. | |

Thomas W. Jopson, by and through his attorney, William J. Portanova, and the United States of America, by and through its counsel, Assistant United States Attorney Samuel Wong, hereby jointly agree and stipulate to amend defendant's special conditions of release as follows:

Condition #10 – "You (defendant, Thomas W. Jopson) shall submit to drug or alcohol testing as approved by the pretrial services officer" is hereby stricken. All other conditions remain in effect as previously ordered.

Accordingly, all parties agree with the above modifications.

///

///

///

1

| | | |
|---|---|---|
| DATED: June 06, 2013 | | RESPECTFULLY SUBMITTED, |

DATED:       June 06, 2013                        RESPECTFULLY SUBMITTED,

/s/ William J. Portanova

_____
WILLIAM J. PORTANOVA
Attorney for Defendant Thomas W. Jopson

DATED:       June 06, 2013                        RESPECTFULLY SUBMITTED,

/s/ Samuel Wong

_____
SAMUEL WONG
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:   June 6, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Jopson0275.stipord.mod.coa.doc